IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUDOLF J. LOZANO | § | CASE NO. 98-39463-H5-7 |
| ROSARIO G. LOZANO | § | CHAPTER 7 |
| | § | |
| Debtors | § | |

### ORDER TO WITHDRAW FUNDS
### FROM THE REGISTRY OF THE COURT UNDER 28 U.S.C §2042

Upon the application of GOODYEAR TIRE AND RUBBER COMPANY ("Goodyear"), a creditor in this proceeding, the Clerk of the Court shall issue payment to Goodyear in the amount of $3,873.15, payable as follows:

        Goodyear Tire & Rubber Co.
        c/o Arnold G. Polanco
        Ross, Banks, May, Cron & Cavin, PC
        2 Riverway, Suite 700
        Houston, Texas 77056

DATED at Houston, Texas this 23 day of _____, 2007.

UNITED STATES BANKRUPTCY JUDGE

f"